UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 12-51 |
| BERNELL WILLIAMS | SECTION: "S" (3) |

### ORDER AND REASONS

**IT IS HEREBY ORDERED** that defendant Bernell Williams' **Motion for Appointment of Counsel** (Rec. Doc. 507) is **DENIED**.

Defendant seeks appointment of counsel for assistance in moving for a reduction in sentence pursuant to the First Step Act. There is no general constitutional right to appointed counsel in post-conviction proceedings. See Pennsylvania v. Finley, 481 U.S. 551, 555 (1987). The appointment of counsel is required only if an evidentiary hearing is held. United States v. Vasquez, 7 F.3d 81, 83 (5th Cir. 1993). An appointment may be made in connection with certain ancillary matters under 18 U.S.C. § 3006A(c), and, at the court's discretion, under 18 U.S.C. § 3006A(2)(b) for indigent individuals seeking relief under 28 U.S.C. §§ 2241, 2254, or 2255 when "the interests of justice so require." However, defendant has not invoked any of those provisions, nor do they appear to apply to this case.

In addition, the court notes that the basis upon which defendant seeks a sentence reduction – that his sentence is based on a non-violent RICO conspiracy – is factually inaccurate. Defendant pleaded guilty to and was convicted on five counts. Count 1 was a RICO conspiracy, in violation of 18 U.S.C. § 1962(d); Count 2 was a drug conspiracy in violation of 21 U.S.C. §

846; Count 3 was a firearms conspiracy, in violation of 18 U.S.C. § 924(o); and Counts 6 and 18 were Violent Crimes in Aid of Racketeering, in violation of 18 U.S.C. § 1959. Defendant was sentenced to 240 months per count to run concurrently, which reflected a downward variance of five years for his substantial assistance. Accordingly,

**IT IS HEREBY ORDERED** that defendant Bernell Williams' **Motion for Appointment of Counsel** (Rec. Docs. 507) is **DENIED**.

New Orleans, Louisiana, this 28th day of November, 2022.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE